IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REGINALD D'MOND KELLY, # 65659**                 **PLAINTIFF**

**VERSUS**                 **CAUSE NO. 1:15CV232-LG-RHW**

**MDOC MEDICAL PERSONNEL,
MARSHALL FISHER, MICHAEL
HATTON, and RONALD WOODALL**                 **DEFENDANTS**

## ORDER DISMISSING FISHER AND HATTON

BEFORE THE COURT is *pro se* Plaintiff Reginald D'Mond Kelly's Response to Court Order [11]. He is incarcerated with the Mississippi Department of Corrections and brings this action for challenging the conditions of his confinement. In the Response, Kelly moves to voluntarily dismiss Defendants Marshall Fisher and Michael Hatton. The Court finds the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants Marshall Fisher and Michael Hatton should be, and are hereby, **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a). The remainder of this case shall proceed.

**SO ORDERED AND ADJUDGED** this the 9th day of November, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE