IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REGINALD D'MOND KELLY,  #65659**                                                              **PLAINTIFF**

**VS.**                                                                                         **CIVIL ACTION NO. 1:15cv232-RHW**

**RONALD WOODALL**                                                                              **DEFENDANT**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that summary judgment is entered for the Defendant Ronald Woodall, and this case is dismissed.

**SO ORDERED**, this the 15th day of November, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE